UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cecil Johnson,

    Plaintiff,

    v.            Case No. 2:15–cv–2622

Commissioner of Social Security,  Judge Michael H. Watson

    Defendant.

### ORDER

On June 29, 2016, United States Magistrate Judge Jolson, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Cecil Johnson's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 26. Judge Jolson recommended that Plaintiff's Statement of Specific Error be overruled and that judgment be entered in favor of Defendant. *Id.* at 11.

Judge Jolson notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* Judge Jolson also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Specific Errors is **OVERRULED**. The Clerk shall enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**